IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE WALKER, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 2:21-cv-650 |
| v. | : | |
| | : | |
| FIT & FRESH, INC. and SAM'S EAST, INC. d/b/a SAM'S CLUB #6679, | : | The Honorable Marilyn J. Horan |
| | : | |
| Defendants. | : | |

**STIPULATION TO DISMISS SAM'S EAST, INC. d/b/a SAM'S CLUB #6679 WITHOUT PREJUDICE**

AND NOW COME the parties by and through their counsel and file the within Stipulation to Dismiss Defendant Sam's East, Inc., d/b/a Sam's Club #6679 and agree as follows:

1. Plaintiff, Marie Walker, hereby agrees to discontinue and dismiss, without prejudice, all claims asserted against Defendant, Sam's East, Inc. d/b/a Sam's Club #6679 pursuant to FRCP 41(a).

.

/s/ Mark D. Troyan
Mark D. Troyan, Esquire
mtroyan@peircelaw.com
707 Grant Street, Suite 125
Pittsburgh, PA 15219

**Counsel for Plaintiff, Marie Walker**

Date: 2/7/2022

/s/ Elizabeth Farina Collura
Elizabeth Farina Collura
ecollura@travelers.com
112 Washington Place, Suite 975
Pittsburgh, PA 15219

**Counsel for Fit n Fresh, Inc.**

Date: 2/7/2022

/s/ Trisha A. Gill
Trisha A. Gill, Esquire
PA ID No. 83751
gill@litchfieldcavo.com
Two Gateway Center
603 Stanwix Street, 10th Floor
Pittsburgh, PA 15219

**Counsel for Defendant, Sam's East, Inc. d/b/a Sam's Club #6679**

Date: 2/7/2022

It is so ordered this 7th day of February 2022.

_____
Marilyn J. Horan