# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE WALKER, | Civil Action No.: 2:21-cv-650 |
| Plaintiff, | |
| vs. | |
| FIT & FRESH, INC., | |
| Defendants. | |

## JOINT STIPULATION FOR DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Marie Walker, and Defendant, Fit & Fresh, Inc., stipulate and agree to dismissing the instant action with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

ROBERT PEIRCE & ASSOCIATES, P.C.

By: _/s/ Mark D. Troyan_
MARK D. TROYAN, ESQUIRE
PA 313861
707 Grant Street, Suite 125
Pittsburgh, PA 15219
412-281-7229
412-281-4229 (fax)
mtroyan@peircelaw.com
Counsel for Plaintiff

By: _/s/ Elizabeth F. Collura_
ELIZABETH F. COLLURA, ESQUIRE
P.O. Box 2903
Hartford, CT 06104-2903
412-338-3034
412-471-8748 (fax)
ecollura@peircelaw.com
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE WALKER, | Civil Action No.: 2:21-cv-650 |
| Plaintiff, | |
| vs. | |
| FIT & FRESH, INC., | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF filing system on this 20th day of May 2022 and is available for download by all counsel of record.

Respectfully submitted,

By: /s/*Mark D. Troyan*
MARK D. TROYAN, ESQUIRE
Counsel for Plaintiff